## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JEROME ROBINSON, | : | No. 18 WAP 2018 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered May |
| | : | 14, 2018 at No. 55 MD 2018. |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEPARTMENT OF CORRECTIONS; S.C.I. | : | |
| SOMERSET, GRIEVANCE | : | |
| COORDINATOR; S.C.I.  SOMERSET, | : | |
| FACILITY MANAGER/SUPERINTENDENT; | : | |
| SECRETARY'S OFFICE OF INMATE | : | |
| GRIEVANCES AND APPEALS;  MS. | : | |
| DORINA VARNER - CHIEF GRIEVANCE | : | |
| OFFICER; AND PA. DEPARTMENT OF | : | |
| CORRECTIONS C.E.R.T. STAFF, | : | |
| | : | |
| Appellees | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW,** this 26th day of April, 2019, the Order of the Commonwealth

Court is hereby AFFIRMED.